# LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

April 7, 2011

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, NY 12207

Attention: Clerk

RE: Bankruptcy Estate of **Charles M. & Carol Peters**
Case No. **10-10280** - Chapter 7

Dear Clerk:

Enclosed please find Trustee's check number 115 in the sum of $11.25 which represents the following dividend(s) under the $5.00 limit on the above captioned case.

Claim #2 filed by American Infosource LP as Agent for Target, PO Box 248866, Oklahoma City, OK 73124-8866 (filed amount $172.61 - dividend $3.97)

Claim #3 filed by American Infosource LP as Agent for World Financial Network National Bank, PO Box 248872, Oklahoma City, OK 73124-8872 (filed amount $162.56 - dividend $3.74)

Claim #4 filed by American Infosource LP as Agent for World Financial Network National Bank, PO Box 248872, Oklahoma City, OK 73124-8872 (filed amount $153.92 - dividend $3.54)

Thank you.

Very truly yours,

William M. McCarthy

WMM/dvo
Enc.